**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 26, 2013.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-13-00056-CV

**DR. THEODORE M. HERRING, JR. AND CARMEN DAWSON, Appellants**

**V.**

**HERON LAKES ESTATES OWNERS ASSOCIATION, INC., Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2006-74019**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed December 31, 2012. On February 12, 2013, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.